IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHARLES L. JUSTE,

    Plaintiff,

vs.                             CASE NO. 5:07cv115/RS

FEDERAL BUREAU OF PRISONS,
et al,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 11) and Plaintiff's Objections To The Magistrate's Report And Recommendation (Doc. 12). I have reviewed Plaintiff's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed without prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(i).

3. The clerk is directed to close the file.

ORDERED on August 2, 2007.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**